IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JANET MIRIAM BRIDGES,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CV 24-00315 SASP-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECCOMENDATION**

Findings and Recommendation having been filed and served on all parties on May 28, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendations to Grant Motion for Attorney Fees Pursuant to 42 U.S.C.§ 406(b) ", ECF No. 28, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, July 14, 2026.



Shanlyn Park
United States District Judge